IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–20–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JAMES ROBERT PATTERSON, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendations in this matter on July 7, 2020. Neither party objects, and so the Court will review for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).

Judge Cavan recommended this Court accept James Robert Patterson's guilty plea after Patterson appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of coercion and enticement in violation of 18 U.S.C. § 2422(b), as set forth in the Superseding

Information.

The Court finds no clear error in Judge Cavan's Findings and Recommendation (Doc. 33), and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that the Findings and Recommendations (Doc. 33) is ADOPTED in full.   James Robert Patterson's motion to change plea (Doc. 24) is GRANTED and James Robert Patterson is adjudged guilty as charged in the Superseding Information.

DATED this 27th day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court