IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES ROBERT PATTERSON,<br><br>Defendant. | CR 20–20–BLG–DLC<br><br><br><br>ORDER |

Due to the recent COVID-19 outbreak and upon the Court's Own Motion,

IT IS ORDERED that the Sentencing hearing currently scheduled for Monday, November 9, 2020 at 3:00 p.m. is VACATED and RESET to commence VIA VIDEO from the Cascade County Jail in Great Falls, Montana on Monday, November 9, 2020 at 3:00 p.m.  Counsel may appear in the Ella Knowles Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant.  If Defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for transport no later than October 30, 2020.

IT IS FURTHER ORDERED that the Clerk of Court shall notify counsel and the United States Marshals Service of the making of this Order.

1

DATED this 15th day of October, 2020.

_____
Dana L. Christensen, District Judge
United States District Court